UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN DAVIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REYNOSO, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00491-RMI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 2 |

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at three different prisons. Two of the prisons, Mule Creek State Prison and the California Health Care Facility, are located in the Eastern District of California. The third prison, Richard J. Donovan Correctional Facility, is in the Southern District of California. The majority of the acts underlying this civil rights complaint occurred in the Eastern District; also, most of the named Defendants are located in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

　　**IT IS SO ORDERED.**

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge